## OTTEN *v.* DIRECTOR OF PATUXENT INSTITUTION

[App. No. 41, September Term, 1960.]

*Decided December 16, 1960.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

PER CURIAM.

Application for leave to appeal from a second denial of post conviction relief is denied for the reasons set out in the opinion of the court below.

## LEE *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 42, September Term, 1960.]

*Decided December 16, 1960.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

PER CURIAM.

Petitioner's application for leave to appeal under the Post Conviction Procedure Act is denied for the reasons set forth by the court below.

*Application denied.*